

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00775-CV

**FEDERAL NATIONAL MORTGAGE ASSOCIATION**,
Appellant

v.

**SUMMIT RESIDENTIAL SERVICES, LLC**, as Trustee for The Hobby Falcon 2212 Land
Trust,
Appellee

From the 348th Judicial District Court, Tarrant County, Texas
Trial Court No. 348-263863-13
The Honorable Dana M. Womack, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is
AFFIRMED.

We ORDER that Summit Residential Services, LLC, as Trustee for The Hobby Falcon
2212 Land Trust, recover its costs of this appeal from Federal National Mortgage Association.

SIGNED August 27, 2014.

_____
Luz Elena D. Chapa, Justice